Joseph A. Gutierrez, Esq. (NV Bar 9046)
MAIER GUTIERREZ AYON
2500 West Sahara Avenue, Suite 106
Las Vegas, Nevada 89102
Telephone: 702/629-7900 – Facsimile: 702/629-7925
*Attorneys for Plaintiff*
*STEVE KLEMETSON*

Dominica C. Anderson (NV Bar 2988)
Ryan A. Loosvelt (NV Bar 8550)
DUANE MORRIS LLP
100 North City Parkway, Suite 1560
Las Vegas, Nevada 89106
Telephone: 702/868-2600 – Facsimile: 702/385-6862
*Attorneys for Defendant*
*U.S. BANK NATIONAL ASSOCIATION,*
*as Successor-In-Interest to ULTRON, INC.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEVE KLEMETSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>GOLDEN NUGGET, INC., GNL, CORP. d/b/a GOLDEN NUGGET LAUGHLIN, ULTRON, INC., and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:12-cv-00662-KJD-RJJ<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff STEVE KLEMETSON ("Plaintiff") and Defendant U.S. BANK NATIONAL ASSOCIATION, as Successor-In-Interest to ULTRON, INC., by and through their undersigned counsel of record, that Plaintiff's claims against U.S. BANK NATIONAL ASSOCIATION, as Successor-In-Interest to

1  ULTRON, INC., shall be and hereby are dismissed with prejudice pursuant to Fed. R. Civ. P.
2  41(a)(1)(A)(ii), each party to bear their own fees and costs.

4  DATED this ___ day of September, 2012

/s/ _____
JOSEPH A. GUTIERREZ, ESQ.

MAIER GUTIERREZ AYON
2500 West Sahara Avenue, Suite 106
Las Vegas, Nevada 89102
Telephone: 702/629-7900
Facsimile: 702/629-7925

Mark A. Golovach, Esq.
COASTAL PACIFIC LEGAL GROUP
501 W. Broadway, Suite 800
San Diego, California 92101
Telephone: 619/400-4895
Facsimile: 619/684-3601

*Attorneys for Plaintiff*
*STEVE KLEMETSON*

/s/ _____
RYAN A. LOOSVELT, ESQ.

DUANE MORRIS LLP
100 North City Parkway, Suite 1560
Las Vegas, Nevada 89106
Telephone: 702/868-2600
Facsimile: 702/385-6862

*Attorneys for Defendant*
*U.S. BANK NATIONAL ASSOCIATION,*
*as Successor-In-Interest to ULTRON, INC.*

**IT IS SO ORDERED**

DATED:   October 9, 2012

_____
UNITED STATES DISTRICT JUDGE